# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MADRID, LEIGHA SALYERS, and JENIFER MARCHON, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TELENETWORK PARTNERS, LTD., d/b/a TELENETWORK, and TELENETWORK CALIFORNIA, INC., jointly and severally,<br><br>Defendants. | Case No: 5:17-cv-04519-BLF<br><br>[~~PROPOSED~~] ORDER RE: JUDGMENT |

On June 20, 2019, a hearing was held on the unopposed motion of Plaintiffs Hugo Madrid, Leigha Salyers and Jenifer Marchon for Approval of their FLSA Collective Settlement. The Court having granted approval of the Settlement hereby ORDERS as follows:

1. Final judgment in this matter is hereby entered in conformity with the Court's Order Approving FLSA Collective Action Settlement. (attached)
2. The Parties are hereby ordered to comply with the terms of the Settlement.

/ / /

/ / /

3. This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement and the Court's orders.

4. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to interpretation, administration, implementation, effectuation and enforcement of the Settlement.

5. This is a Final Judgment. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: <u>July 23</u>, 2019

<u>/s/ Beth Labson Freeman</u>
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE